1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  SANDRA L. LUSICH
   Deputy Attorney General
5  JODIE A. SCHWAB (SBN 223131)
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 327-1145
8   Fax:  (916) 324-5205

9  Attorneys for Defendants California Department
   of Corrections and Rehabilitation, Division of
10 Adult Operations and Adult Programs,
   Hickman and Woodford
11 48149286-SA2005301293

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT BASQUE,** | CIV 2:05-CV-01612  FCD-KJM |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING AND AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **ARNOLD SCHWARZENEGGER et al.,** | |
| Defendants. | "AS MODIFIED" |

FOR GOOD CAUSE SHOWN, Defendants California Department of Corrections and Rehabilitation, Division of Adult Operations and Adult Programs, Hickman and Woodford are granted an extension of time in which to file their response to the complaint in this prisoner civil action against governmental entities.  The Defendants' response will now be due on or before the 30th day following the issuance of the Court's screening order.  28 U.S.C. § 1915A(a).

/ / /

1    Furthermore, Defendants are not required to file a joint status report or provide any
2  disclosures required pursuant to Rule 26 of the Federal Rules of Civil Procedure until the
3  60th day following the issuance of the Court's screening order.

5  DATED: September 21, 2005          /s/ Frank C. Damrell Jr.
                                       THE HONORABLE FRANK C. DAMRELL JR.
6                                      UNITED STATES DISTRICT JUDGE

10  JAS:js
    30037265.wpd