IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT BASQUE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　　Defendants. | NO. CIV-S-05-1612 FCD KJM<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR SCREENING AND AN EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　FOR GOOD CAUSE SHOWN, Defendants California Department of Corrections and Rehabilitation, Division of Adult Operations and Adult Programs, Hickman, Woodford. and Schwarzenegger are granted an extension of time in which to file their response to the complaint in this prisoner civil action against governmental entities.  The Defendants' response will now be due on or before the 30th day following the issuance of the Court's screening order.  28 U.S.C. § 1915A(a).

　　　　Furthermore, Defendants are not required to file a joint status report or provide any disclosures required pursuant to Rule 26 of the Federal Rules of Civil Procedure until the 60th day following the issuance of the Court's screening order.

DATED: <u>September 23, 2005</u>

　　　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　THE HONORABLE FRANK C. DAMRELL JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

BASQUE-SCHWARTZNEGGER review 0922.wpd