```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA

                           ----oo0oo----


ROBERT BASQUE,
                                        NO. CIV. S-05-1612 FCD KJM
        Plaintiff,

    v.                                  MEMORANDUM AND ORDER

ARNOLD SCHWARZENNEGER, In His
Official Capacity As Governor
Of The State Of California;
CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION; RODERICK
HICKMAN, In His Official
Capacity As Secretary Of The
California Department of
Corrections and
Rehabilitation; CALIFORNIA
DEPARTMENT OF CORRECTIONS &
REHABILITATION, DIVISION OF
ADULT OPERATIONS AND ADULT
PROGRAMS; JEANNE WOODFORD, In
Her Official Capacity As
Undersecretary, California
Department of Corrections and
Rehabilitation; DOES 1-25,

        Defendants.
_____/
///
```

| | |
|---|---|
| 1 | |
| 2 | Plaintiff is a state prisoner proceeding with the |
| 3 | representation of counsel.  Plaintiff seeks relief pursuant to 42 |
| 4 | U.S.C. § 12101 *et seq.*, 29 U.S.C. § 794, California Civil Code 51 |
| 5 | *et seq.*, and California Civil Code 54 *et seq.*, and has requested |
| 6 | screening by the court pursuant to 28 U.S.C. § 1915A. |
| 7 | The complaint states a cognizable claim for relief |
| 8 | pursuant to 42 U.S.C. § 12101 *et seq.*, 29 U.S.C. § 794, |
| 9 | California Civil Code 51 *et seq.*, and California Civil Code 54 *et* |
| 10 | *seq.*, and 28 U.S.C. § 1915A(b).  If the allegations of the |
| 11 | complaint are proven, plaintiff has a reasonable opportunity to |
| 12 | prevail on the merits of this action. |
| 13 | IT IS SO ORDERED. |
| 14 | DATED: September 27, 2005 |

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, Jr.
UNITED STATES DISTRICT JUDGE