IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT BASQUE,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　Defendants. | CASE NO. CIV-S-05-1612 FCD KJM<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE JOINT STATUS REPORT AND DEFER EXCHANGE OF INITIAL DISCLOSURES** |

　　　　Pending before the Court is Defendants' Motion to Dismiss, which is scheduled to be heard on December 16, 2005, at 10:00 a.m., in Courtroom 2. Given the pendency of this motion, the parties, through their respective legal counsel, have jointly requested an extension of time to file a joint status report and have further agreed and stipulated to defer the exchange of initial disclosures until after the Court rules on the pending motion.

　　　　**FOR GOOD CAUSE SHOWN**, the parties are granted the extension of time to file their joint status report and exchange their initial disclosures in this prisoner civil action against governmental entities. The parties must file their joint status report and provide their initial disclosures within 30 days after service of the Court's order on the Motion to Dismiss.

　　　　**IT IS SO ORDERED.**

Dated: November 15, 2005　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　THE HONORABLE FRANK C. DAMRELL, JR.

30057456.wpd

1
*[Proposed] Order Granting Extension of Time to File*
*Joint Status Report and Defer Exchange of Initial Disclosures*