**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT BASQUE, | Case No. CIV S 05 1612 FCD KJM |
| Plaintiff, | ORDER |
| vs | |
| ARNOLD SCHWARZENNEGER, et.al. | |
| Defendants. | |

Pursuant to the stipulation filed on February 22, 2006, it is hereby ORDERED that this case be dismissed without prejudice.

Dated: February 23, 2006        /s/ Frank C. Damrell Jr.

United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com